UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:20-cv-00232-BO

| | |
|---|---|
| GRAHAM KEITH HARDIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RYAN FUQUA and CITY OF ) | |
| LUMBERTON, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER came before the Court on Defendant's Notice to the Court as required this Court's Order Granting Motion to Stay Proceedings pursuant to 50 U.S.C. § 3932, the Servicemembers Civil Relief Act. [DE 15]

Upon review of the Notice and the record, the Court finds that it is appropriate to lift and dissolve the Stay of these proceedings that was entered on February 10, 2021. The Court also finds that it is in the interest of the fair and efficient administration of justice, and good cause exists, to allow the Defendants until November 17, 2021 to file their Answer or other responsive pleading to Plaintiff's Complaint.

THEREFORE, it is hereby ordered that:

1. The Clerk of Court for the Eastern District of North Carolina place this matter back on an active status.

2. The Defendants have until on or before November 17, 2021 within which to file their Answer or other responsive pleading.

SO ORDERED, this the 18 day of October, 2021.

_____
Honorable Terrence W. Boyle
United States District Judge